## LOUISVILLE & NASHVILLE R. R. CO. V. BUR-
### DETTE.

(Decided June 3, 1908.)

APPEAL from Talladega Circuit Court.

Heard before Hon. JOHN PELHAM.

KNOX, DIXON & BURR, for appellant. D. H. RIDDLE, and BOWMAN, HARSH & BEDDOW, for appellee.

Per curiam. Errors confessed and cause reversed and remanded.

---

## McAFEE V. WALLENHAUPT.

(Decided April 16, 1908. Rehearing denied June 18, 1908.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

JOHN W. TOMLINSON, for appellant. W. E. FORT, and B. S. CATCHINGS, for appellee.

McCLELLAN, J. Reversed and remanded on the authority of *McAfee v. Arnold & Mathis*, 155 Ala. 561.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.

---

## MANHATTAN TRUST CO. V. GASTON.

(Decided April 16, 1908. Rehearing denied June 18, 1908.)

APPEAL from Montgomery City Court.

Heard before Hon. A .D. SAYRE.

GEORGE W. JONES, and J. M. FOSTER, for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

TYSON, C. J. The cause is affirmed.